# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 08-1136

_____

Jennifer Miles,

        Appellant,

v.

Bellfontaine Habilitation Center,

        Appellee.

\*
\*
\*
\*
\*   Appeal from the United States
\*   District Court for the
\*   Eastern District of Missouri.
\*
\*   [UNPUBLISHED]
\*

_____

Submitted: May 7, 2009
Filed: May 21, 2009

_____

Before WOLLMAN, MURPHY, and MELLOY, Circuit Judges.

_____

PER CURIAM.

Jennifer Miles appeals the district court's[1] adverse grant of summary judgment in her employment-discrimination action. Judgment was entered on December 10, 2007, and Miles filed her notice of appeal 31 days later on January 10, 2008. The notice of appeal was thus untimely. See Fed. R. App. P. 4(a)(1)(A) (in civil cases, notice of appeal must be filed within 30 days after entry of judgment or order); Dill v. Gen. Am. Life Ins. Co., 525 F.3d 612, 619-20 (8th Cir. 2008) (timely notice of

_____

[1]The Honorable Mary Ann L. Medler, United States Magistrate Judge for the Eastern District of Missouri, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

appeal is mandatory and jurisdictional).  Accordingly, we dismiss the appeal for lack of jurisdiction.

_____